# Exhibit 6

# Packing List

AIRE, Inc
P.O. Box 186
Meridian, Idaho 83680
(208) 888-1772

Shipping Number: 0085401
Ship Date: 10/11/2010

Order Number: 0077872
Order Date: 10/11/2010
Salesperson: 0032
Customer Number: 2AIP

Sold To:
Aire Industrial Products
2021 E. Wilson Ln
Meridian, ID 83642

Confirm To:

Ship To:
Carolina Eastern Fertilizer Co
Attn: Tim Beek
1815 Park ave SE
in care of Allen
Aiken, SC 29801
Number of Packages:
1

| Customer P. O. | Ship VIA | F. O. B. | Terms | | |
|---|---|---|---|---|---|
| | UPS Next Day Air | | Prepaid | | |

| Item Number / UPC | | Unit | Ordered | Shipped | Backordered |
|---|---|---|---|---|---|
| 914-101012 | 10'x10'x12" Quick Stay Berm | EA | 1.000 | 1.000 | 0.000 |

 

Page: 1

# COMMERCIAL INVOICE

Customer Number: 2AIP
Order Number: 0077872
Order Date: 10/11/2010

Salesperson: 0032

*AIRE*     Outcast
PH: (208) 888-1772   PH: (208) 955-0476
Fax: (208) 884-2089   Fax: (208) 955-0477

**Sold To:**

Aire Industrial Products
2021 E. Wilson Ln
Meridian, ID 83642

**Ship To:**

RJB
Attn: Tim Beek
1815 Park ave SE
in care of Allen
Aiken, SC 29801

**Confirm To:**

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
|  | UPS Next Day Air |  | Prepaid |

| Item Number | QTY Ordered | QTY Shipped | Unit | Price | Amount |
|---|---|---|---|---|---|
| 914-101012 | 1.00 | 1.00 | EA | 772.00 | 772.00 |
| 10'x10'x12" Quick Stay Berm | | | | | |

| User Name : | Parkin |
|---|---|

Signature _____

| | |
|---|---|
| Net Order: | 772.00 |
| Less Discount: | 0.00 |
| Freight: | 179.00 |
| Sales Tax: | 0.00 |
| Order Total: | 951.00 |

Date _____



SITE MAP | CATALOG REQUEST | 800.247.3846

PRODUCTS | ABOUT US | CATALOG | RESOURCES | CONTACT US



Spill Containment Berms

- AIRE Quick Snap Berm™
- AIRE Quick Snap/Foam Berm™
- AIRE Quick Snap PVC Berm™
- AIRE Decon Berms™
- Concrete Washouts
- AIRE Wash Down Pads™
- AIRE Encapsa Berm™
- AIRE Duck Ponds™
- AIRE SPCC Berm™ (Pat. Pend.)
- AIRE Foam Spill Pad™
- AIRE Deluxe Repair Kit™
- AIRE Track Mat™
- Bazooka Filter Kit & Accessories
- AIRE Econo Ground Pads™
- AIRE Deluxe Ground Pad™
- AIRE Quick Snap Stays™ (Pat. # 7506777)
- AIRE Carry Bags™
- Aluminum Stakes

Flexible Tanks & Bladders

Drip Containment

Sorbents

Plastic Containment

Safety Cabinets

Stormwater

Custom Projects

## Spill Containment Berms


AIRE Quick Snap Berm™


AIRE Quick Snap/Foam Berm™


AIRE Quick Snap PVC Berm™


AIRE Decon Berms™


Concrete Washouts


AIRE Wash Down Pads™


AIRE Encapsa Berm™


AIRE Duck Ponds™


AIRE SPCC Berm™ (Pat. Pend.)


AIRE Foam Spill Pad™


AIRE Deluxe Repair Kit™


AIRE Track Mat™


Bazooka Filter Kit & Accessories


AIRE Econo Ground Pads™


AIRE Deluxe Ground Pad™


AIRE Quick Snap Stays™ (Pat. # 7506777)


AIRE Carry Bags™      Aluminum Stakes

**Spill containment berms** are designed for tough, reliable durability. The EPA's compliance efforts have increased as have the fines. Needless to say, environmental safety is at the forefront of almost every construction project today. **Spill berms** provide the flexible containment that's needed whether you are performing fuel transfers or the wash down of equipment. AIRE Industrial's **containment berm** systems, for oil spill containment or hazmat spill containment, are the best way to get your project started safely. Many berm options are available. Do you need drive through capability or extra ground protection? Aire industrial can provide you with a vast array of custom berm designs in addition to our in-stock-ready-to-ship inventory of skillfully manufactured, tough as tundra berm lines.

**Portable berms** can be taken to any jobsite and set up quickly. With this in mind AIRE Industrial's team of highly skilled engineers incorporated customer feedback into our durable, strong and easy to use containment berms. These features include our easy to use Quick Snap Stay system, skirtless design and use of XR-5 fabric which is provided by Seaman Corp, the gold standard of the safety fabric industry. Our spill containment berms are found around the world, so rest assured they can withstand the temperatures of the Arctic's frozen plains and the sweltering heat of the Middle East.

**We do not believe in planned obsolescence.** This is why we build tough, high quality **secondary containment berms** that are meant to last. One of our main goals is to keep you, our customer, in SPCC compliance and safe year after year. Spill prevention and spill protection are the industry watchwords in compliance today. AIRE Industrial provides the most comprehensive line of both spill prevention and spill protection supplies and products available for government and industrial buyers.

Portable containment is our business and we are committed to your safety. We deliver solutions that can save you money and time. Call our field-tested experts today at **800-247-3846** or **208-514-4040** to discuss your project's compliance needs, our in-stock, instantly available spill containment berm products, as well as a custom, built to your specifications, compliance solution. If an emergency arises, AIRE Industrial is prepared with our on-hand Spill containment berms or other **Spill containment products** that can ship the same day.

**Click on the secondary spill containment berms and drip pad products for complete information.**

AIRE | OUTCAST SPORTING GEAR | © AIRE INDUSTRIAL | PRIVACY POLICY

